**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

March 8, 2006

# NOTICE OF VOLUNTARY DISMISSAL

Re:   The Burlington Insurance Company v. Suidae Technology, Inc., et al.
      Civil Action No. #2:05-cv-01092-ID

Pursuant to the Notice of Dismissal filed by the Plaintiff on 3/7/2006, this case has been closed and removed from the docket of this court.